

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3148-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| CHARMAIGNE ESPARZA ) | Secs. 1324(a)(1)(A)(iii) and |
| aka Charmaigne Delgado-Esparza, ) | (v)(II) - Harboring Illegal Aliens and Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant CHARMAIGNE ESPARZA, aka Charmaigne Delgado-Esparza, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jiliberto Hernandez-Vera, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a Motel located at 395 Smoketree Drive in El Centro, California ; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: 11/20/07    .

KAREN P. HEWITT
United States Attorney

J Mone for

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:Imperial
11/7/07