AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARMAIGNE ESPARZA<br>aka Charmaigne Delgado-Esparza | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 07cr3148-BTM |

I, CHARMAIGNE ESPARZA, aka Charmaigne Delgado-Esparza, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __11/20/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Charmaigne Esparza_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

**FILED**
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY