1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE CATHY ANN BENCIVENGO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ESPARZA, CHARMAIGNE,<br><br>              Defendant. | Case No.: 07 cr 3148<br>Hon: Judge Cathy Ann Bencivengo<br><br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

    IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Jiliberto Hernandez-Vera, be exonerated.  The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

ROSARIO HERNANDEZ-CASTILLO

11305 KOESTER ST., CASTROVILLE, CA 95012

DATED:  January 10, 2008



_____

**CATHY ANN BENCIVENGO**
United States Magistrate Judge