1  **VICTOR MANUEL TORRES**
    2664 Fourth Avenue
2  San Diego, California 92103
    Telephone No. (619) 232-8776
3  Facsimile No. (619) 232-8857
    State Bar No.: 140862
4
    Attorney for Defendant,
5  **CHARMAIGNE ESPARZA**

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10 **(Hon. Barry Ted Moskowitz)**

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. O7CR3148-BTM |
| ) | |
| ) | **EX PARTE** |
| Plaintiff, ) | **APPLICATION FOR** |
| ) | **ORDER AUTHORIZING** |
| ) | **EXTRAORDINARY** |
| vs. ) | **INVESTIGATOR FEES** |
| ) | **(18 U.S.C. 3006A(e)(1))** |
| ) | |
| CHARMAIGNE ESPARZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

20     COMES NOW the Defendant, CHARMAIGNE ESPARZA, by and through her
21 counsel, VICTOR MANUEL TORRES, ESQ., and hereby MOVES this Court for an
22 ORDER approving extraordinary expenses for a licensed private investigator to assist in the
23 investigation with regard to the defense of defendant ESPARZA in the above-entitled
24 criminal matter.  This request for extraordinary expenses is made pursuant to Title 18 U.S.C.
25 Section 3006A(e)(1).
26     Counsel for defendant ESPARZA respectfully requests this Court authorize payment
27 of extraordinary fees for investigation for an additional fifteen (15) hours
28 of investigation, at a rate of $55.00 per hour, to equal a sum of $825.00 for extraordinary

1  investigative fees over and above the pre-approved $500.00 in fees, for a total not to exceed
2  $1325.00 in investigative fees.
3         This application is based upon this Ex-Parte Application, the attached Declaration
4  of Counsel, and any and all other matters that may come to this Court's attention prior to the
5  determination of this Application.

7  DATED:      January 21, 2008                    Respectfully submitted,

8                                                 S/ VICTOR MANUEL TORRES

9                                                 VICTOR MANUEL TORRES, ESQ.
                                                  Attorney for Defendant
10                                                CHARMAIGNE ESPARZA