1  **VICTOR MANUEL TORRES**
2664 Fourth Avenue
2  San Diego, California 92103
Telephone No. (619) 232-8776
3  Facsimile No. (619) 232-8857
State Bar No.: 140862
4
Attorney for Defendant
5  **CHARMAIGNE ESPARZA**

6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3148-BTM |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | **IN SUPPORT OF APPLICATION** |
| v. ) | **FOR ORDER AUTHORIZING** |
| ) | **EXTRAORDINARY** |
| ) | **INVESTIGATOR FEES** |
| CHARMAIGNE ESPARZA, ) | **(18 U.S.C. 3006A(e)(1))** |
| ) | |
| Defendant. ) | |
| _____) | |

17     I, VICTOR MANUEL TORRES, do hereby declare and state:

18     (1)   I am an Attorney duly licensed to practice law in the courts of the State of
19  California, the United States District Court for the Southern District of California and the
20  United States Supreme Court;

21     (2)   I am court appointed counsel for defendant CHARMAIGNE ESPARZA in the
22  above-entitled Criminal matter, having been appointed pursuant to Title 18 U.S.C. Section
23  3006A;

24     (3)   Presently, the defendant is charged with Title 8 U.S.C. § 1324 (a)(1)(A)(iii),
25  Harboring and Concealing.

26     (4) Ms. ESPARZA is requesting the court to approve an additional fifteen (15) hours
27  of investigation time above and beyond the 9.0 hours of time permitted under the Criminal
28  Justice Act for a total of 24 hours, at a rate of $55.00 an hour, not to exceed a total of
$1325.00 for investigator fees. This investigation is to be conducted by private investigator

Esther Sardina, License No. PI 25143, 105 West "F" Street, San Diego, California, 92101. These funds are necessary in order to perform the following investigation:

    a. Meetings with defendant and/or counsel for defendant;

    b. Telephone conferences with counsel and family of defendant;

    c. Locate and interview witnesses in Riverside County;

    d. Prepare reports and memoranda for counsel for defendant.

(5) Because Ms. ESPARZA has no money to pay for this investigation, counsel requests that this Court approve investigator fees in the total amount of $1325.00 so that this case may be fully investigated. Without these additional funds, the representation of Ms. ESPARZA would not be adequate;

Therefore, counsel for defendant respectfully submits to this Court that these additional hours are necessary at this time in order to complete the preparation of the defense in his case.

I declare, under the penalty of perjury, the above to be true and correct to the best of my information and belief.

DATED:     January 21, 2008          S/ VICTOR MANUEL TORRES
                                     VICTOR MANUEL TORRES, ESQ.
                                     Declarant