# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3148-BTM |
| | ) | |
| Plaintiff, | ) | **ORDER AUTHORIZING** |
| v. | ) | **EXTRAORDINARY** |
| | ) | **INVESTIGATOR FEES** |
| CHARMAIGNE ESPARZA, | ) | **(18 U.S.C. 3006A(e)(1))** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Good cause appearing, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $825.00, representing an additional fifteen (15) hours of investigative work, are approved at this time for private investigator Esther Sardina, with regard to the investigation and defense of the above-entitled matter, thus approving total investigator fees not to exceed $1325.00.

DATED: February 1, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge