**VICTOR MANUEL TORRES**
California Bar No. 140862
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-2326
Attorney for Defendant **CHARMAIGNE ESPARZA**

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. BARRY TED MOSKOWITZ)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 07CR3148-BTM |
| Plaintiff, | **JOINT MOTION TO CONTINUE SENTENCING HEARING DATE** |
| vs. | |
| **CHARMAIGNE ESPARZA,** | DATE: MAY 9, 2008<br>TIME: 10:00 A.M. |
| Defendant. | |

JOINT MOTION IS HEREBY MADE by the Defendant, CHARMAIGNE ESPARZA, by and through her counsel, Victor Manuel Torres, and the Plaintiff, United States of America, by and through its counsel, Paul Starita, Assistant United States Attorney, that the sentencing hearing in the above-entitled criminal matter may be continued from the presently calendared date of April 11, 2008, to May 9, 2008, at 10:00 a.m.. Defense counsel requires additional time to prepare for sentencing. Ms. Esparza remains in of custody.

DATE: April 8, 2008

                               /S/ *Victor Manuel Torres*
                               VICTOR MANUEL TORRES
                               Attorney for Ms. ESPARZA

DATE: April 8, 2008

                               /S/ *Paul Starita*
                               PAUL STARITA
                               Assistant United States Attorney