UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARMAIGNE ESPARZA,<br><br>　　　　Defendant.<br>_____ | CASE NO. 07CR3148-BTM<br><br>ORDER TO CONTINUE<br>SENTENCING HEARING<br><br>April 11, 2008, 9:30 a.m. |

　　　Joint Motion of the parties having been made in the above-captioned matter, the Court being fully advised and good cause appearing therefore:

　　　IT IS HEREBY ORDERED that the time for hearing the matter in defendant's sentencing is continued to May 9, 2008 at 10:00 a.m..

　　　SO ORDERED.

DATED: April 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge