UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3148-BTM |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| CHARMAIGNE ESPARZA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED:

I, VICTOR MANUEL TORRES, am a citizen of the United States of America over the age of eighteen years. My business address is 406 Ninth Avenue, Suite 311, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Date on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the party:

Paul Starita, AUSA

I herby certify that I have caused to be mailed the foregoing, by the U.S. mail to the following non-ECF participants in this case:

None

at the last known address, at which place there is delivery service of U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES