UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3148-BTM |
| Plaintiff, | )<br>)<br>) | ORDER TO CONTINUE<br>SENTENCING HEARING |
| v. | ) | |
| CHARMAIGNE ESPARZA, | )<br>) | |
| Defendant. | ) | |

Joint motion of the parties having been made in the above-captioned matter, the court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the time for hearing the matter in defendant's sentencing is continued from May 9, 2008, to June 27, 2008 at 9:30 a.m.

IT IS SO ORDERED.

DATED: May 7, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge