1

**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-5854
lawforvatos@yahoo.com

2

3

4

5

Attorney for Defendant **CHARMAIGNE ESPARZA**

6

**UNITED STATES DISTRICT COURT**

7

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

8

**(HON. BARRY TED MOSKOWITZ)**

9

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case No. 07CR3148-BTM** |
| **Plaintiff,** | ) |
| | ) **JOINT MOTION TO CONTINUE** |
| **vs.** | ) **SENTENCING HEARING DATE** |
| | ) |
| | ) **DATE: JULY 22, 2008** |
| **CHARMAIGNE ESPARZA,** | ) **TIME:  9:00 A.M.** |
| **Defendant.** | ) |
| | ) |

10

11

12

13

14

15    JOINT MOTION IS HEREBY MADE by the Defendant, CHARMAIGNE ESPARZA,

16   by and through her counsel, Victor Manuel Torres, and the Plaintiff, United States of America,

17   by and through its counsel, Paul Starita, Assistant United States Attorney, that the sentencing

18   hearing in the above-entitled criminal matter may be continued from the presently calendared

19   date of June 27, 2008, to July 22, 2008, at 9:00 a.m.. Defense counsel requires additional time to

20   prepare for sentencing. Ms. Esparza remains in of custody.

21

DATE: June 25, 2008        /S/ Victor Manuel Torres

22

VICTOR MANUEL TORRES
Attorney for Ms. ESPARZA

23

24

DATE: June 25, 2008

25

/S/ Paul Starita
PAUL STARITA
Assistant United States Attorney