UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3148-BTM |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE |
| ) | SENTENCING HEARING DATE |
| v. ) | |
| ) | |
| CHARMAIGNE ESPARZA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Joint Motion of the parties having been made in the above-captioned matter, the court being fully advised and good cause appearing therefore:

    IT IS HEREBY ORDERED that the time for hearing the matter in defendant's sentencing is continued to July 22, 2008 at 9:00 a.m..

    IT IS SO ORDERED.

DATED: June 26, 2008

                                                                             _____

                                                                   Honorable Barry Ted Moskowitz
                                                                   United States District Judge