**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-5854
lawforvatos@yahoo.com

Attorney for Defendant **CHARMAIGNE ESPARZA**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 07CR3148-BTM |
| Plaintiff, | **JOINT MOTION TO CONTINUE SENTENCING HEARING DATE** |
| vs. | |
| **CHARMAIGNE ESPARZA,** | **DATE:** August 8, 2008<br>**TIME:** 9:30 A.M. |
| Defendant. | |

JOINT MOTION IS HEREBY MADE by the Defendant, CHARMAIGNE ESPARZA, by and through her counsel, Victor Manuel Torres, and the Plaintiff, United States of America, by and through its counsel, Paul Starita, Assistant United States Attorney, that the sentencing hearing in the above-entitled criminal matter may be continued from the presently calendared date of July 22, 2008, to August 8, 2008, at 9:00 a.m.. Defense counsel requires additional time to prepare for sentencing. Ms. Esparza remains in of custody.

DATE: July 15, 2008         /S/ *Victor Manuel Torres*
                            VICTOR MANUEL TORRES
                            Attorney for Ms. ESPARZA

DATE: July 15, 2008
                             /S/ *Paul Starita*
                            PAUL STARITA
                            Assistant United States Attorney