UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                         )<br>            Plaintiff,                       )<br>                                                         )<br>     v.                                              )<br>                                                         )<br> CHARMAIGNE ESPARZA,         )<br>                                                         )<br>            Defendant.                    )<br> _____) | CASE NO. 07CR3148-BTM<br><br>ORDER TO CONTINUE<br>SENTENCING HEARING DATE |

Joint motion of the parties having been made in the above-captioned matter, the court being fully advised and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing set for July 22, 2008, is continued to August 8, 2008 at 9:00 a.m..

IT IS SO ORDERED.

DATED:  July 21, 2008

Honorable Barry Ted Moskowitz
United States District Judge